1  ERIK BABCOCK (CSB #172517)
2  1212 Broadway, Ste. 726
   Oakland, CA  94612
3  Tel: 510-452-8400
   Fax: 510-452-8405
4
5  Attorney for Defendant
   WON SEOK YOO
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,       )   No.  CR 05-00395 MMC (EC)
                                   )
11         Plaintiff,               )   **STIPULATION AND** [PROPOSED]
                                   )   **ORDER RE TRAVEL**
12 v.                              )
                                   )
13 YOUNG JOON YANG, et al.          )
   (Won Seok Yoo)                   )
14                                 )
                                   )
15         Defendants.              )
   _____ )
16
17     IT IS HEREBY STIPULATED between the parties, by and through their respective counsel,
18 that the conditions of release of WON SEOK YOO may be modified to allow him to travel to
19 Pennsylvania, New Jersey and New York on July 20, 2005, returning to this district on July 24, 2005,
20 for the purposes of attending Korean-American athletic events.
21     SO STIPULATED:
22
23 DATED: 7-13-05
                                            PETE AXELROD
24                                          Assistant U.S. Attorney
25 DATED: 7-13-05
26 △ YOO SHALL PROVIDE HIS TRAVEL INFO/   ERIK G. BABCOCK
          ITINERARY AND CONTACT            Attorney for Defendant
27    SO ORDERED. INFORMATION TO PRETRIAL
           SERVICES OFFICER TIMOTHY ELDER
28 DATED:  BEFORE HIS 7/20/05 DEPARTURE.

                                            U.S. MAGISTRATE JUDGE
                                            EDWARD M. CHEN