ERIK BABCOCK (CSB #172517)
1212 Broadway, Ste. 726
Oakland, CA 94612
Tel: 510-452-8400
Fax: 510-452-8405

Attorney for Defendant
WON SEOK YOO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00395 MMC (EC) |
| Plaintiff, | **STIPULATION AND** [PROPOSED] **ORDER RE TRAVEL** |
| v. | |
| YOUNG JOON YANG, et al. (Won Seok Yoo) | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that the conditions of release of WON SEOK YOO may be modified to allow him to travel to Pennsylvania, New Jersey and New York on July 20, 2005, returning to this district on July 24, 2005, for the purposes of attending Korean-American athletic events.

SO STIPULATED:

DATED: 7-13-05

PETE AXELROD
Assistant U.S. Attorney

DATED: 7-13-05

ERIK G. BABCOCK
Attorney for Defendant

△ YOO SHALL PROVIDE HIS TRAVEL INFO/ ITINERARY AND CONTACT INFORMATION TO PRETRIAL SERVICES OFFICER TIMOTHY ELDER BEFORE HIS 7/20/05 DEPARTURE.

SO ORDERED.

DATED:

U.S. MAGISTRATE JUDGE
EDWARD M. CHEN