ERIK BABCOCK (CSB #172517)
1212 Broadway, Ste. 726
Oakland, CA 94612
Tel: 510-452-8400
Fax: 510-452-8405

Attorney for Defendant
WON SEOK YOO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB (EC) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE TRAVEL** |
| v. | ) | |
| | ) | |
| YOUNG JOON YANG, et al. | ) | |
| (Won Seok Yoo) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the conditions of release of WON SEOK YOO may be modified to allow him to travel to Seoul, Korea on April 28, 2006, returning to this district on May 8, 2006, for the purposes of attending a meeting of the Advisory Council on Democratic and Peaceful Unification. The Clerk of the Court shall return his passport to him or to his lawyer, Erik Babcock, so that he may travel abroad. Upon his return, Mr. Yoo shall return his passport to Clerk of the Court within 48 hours. Mr. Yoo shall provide an itinerary to Pretrial before his departure.

**SO STIPULATED**:

DATED: 4-3-2006                                             /s/
                                                            PETE AXELROD

Stipulation and Proposed Travel Order
United States v. Won Seok Yoo

|   |   |
|---|---|
|   | Assistant U.S. Attorney |
| DATED: 4-6-2006 |   |
|   | ERIK G. BABCOCK |
|   | Attorney for Defendant |

**SO ORDERED.**

DATED: April 19, 2006

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Proposed Travel Order
United States v. Won Seok Yoo — - 2 -

ERIK BABCOCK (CSB #172517)
1212 Broadway, Ste. 726
Oakland, CA 94612
Tel: 510-452-8400
Fax: 510-452-8405

Attorney for Defendant
WON SEOK YOO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00395 CRB (EC) |
| Plaintiff, | |
| v. | **SIGNATURE ATTESTATION** |
| YOUNG JOON YANG, et al. (Won Seok Yoo) | |
| Defendants. | |

I, ERIK G. BABCOCK, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: April 17, 2006

_____ ERIK G. BABCOCK

Stipulation and Proposed Travel Order
United States v. Won Seok Yoo            - 3 -