1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
7       Telephone: (415) 436-6774

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,      )   No. CR 05-00395 CRB
                                    )
13 |          Plaintiff,             )
                                    )   NOTICE OF DISMISSAL
14 |     v.                          )
                                    )
15 | WON SEOK YOO,                   )
                                    )   (San Francisco Venue)
16 |          Defendant.             )
                                    )

17
        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
18
   United States Attorney for the Northern District of California dismisses the above indictment
19
   with respect to defendant Won Seok Yoo without prejudice.
20
   DATED: May 18, 2006            Respectfully submitted,
21
                                  KEVIN V. RYAN
22                                United States Attorney

23

24                                MARK L. KROTOSKI
                                  Chief, Criminal Division
25 LEAVE GRANTED:

26

27 CHARLES R. BREYER
   United States District Judge
28

   NOTICE OF DISMISSAL (CR 05-395 CRB)

FILED
DEC 1 9 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA