FILED

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05-00395 CRB (EC) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER EXONERATING BOND AND FOR RETURN OF PASSPORT |
| ) | |
| v. ) | |
| ) | |
| WON SEOK YOO et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The charges against defendant Won Seok Yoo were ordered dismissed on December 19, 2006. Accordingly, IT IS HEREBY STIPULATED that the Order Setting Conditions of Release and Appearance Bond executed to secure the release of defendant Yoo may be exonerated. The Clerk of the Court may also return his passport to him.

**SO STIPULATED.**

DATED: December 26, 2006                              /S/
_____
ERIK G. BABCOCK
Attorney for Defendant

///

Proposed Order Exonerating Bond
United States v. Won Seok Yoo, CR 05-00395 CRB (EC)

Dbt f !4;16.ds.114:6.DSC!!!!!Epdvn f oU689!!!!!Gjrhe!23088C3117!!!!!Qbhf !3!pg3

1
2  DATED: December 26, 2006

3                                                                    /S/
                                            ─────────────────────────
                                            PETER B. AXELROD
4                                           Assistant U.S. Attorney
5
6
            **PURSUANT TO STIPULATION, SO ORDERED.**
7
8
9  DATED: 1/3/07                             ─────────────────────────
                                            U.S. MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   Proposed Order Exonerating Bond
   United States v. Won Seok Yoo, CR 05-00395-CRB (EC)